(No. 2005–0262—Submitted June 20, 2006—Decided August 23, 2006.)

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Doe v. Archdiocese of Cincinnati*, 109 Ohio St.3d 491, 2006-Ohio-2625, 849 N.E.2d 268.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

PFEIFER, J., dissents.

RESNICK and LANZINGER, JJ., not participating.

---

**PFEIFER, J., dissenting.**

{¶ 2} I dissent for the reasons set forth in my dissenting opinion in *Doe v. Archdiocese of Cincinnati*, 109 Ohio St.3d 491, 2006-Ohio-2625, 849 N.E.2d 268, ¶ 56–76.

---

Kircher Law Office, L.L.C., and Konrad Kircher, for appellants.

Dinsmore & Shohl, L.L.P., Mark A. Vander Laan, and Kirk M. Wall, for appellees Archdiocese of Cincinnati and Archbishop Daniel Pilarczyk.

Stephen J. Wenke, for appellee Lawrence Strittmatter.

---

MILLER ET AL., APPELLANTS, *v.* ARCHDIOCESE OF CINCINNATI ET AL., APPELLEES.

[Cite as *Miller v. Archdiocese of Cincinnati*,
110 Ohio St.3d 158, 2006-Ohio-4088.]

(No. 2005–0263—Submitted June 20, 2006—Decided August 23, 2006.)

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *Doe v. Archdiocese of Cincinnati,* 109 Ohio St.3d 491, 2006-Ohio-2625, 849 N.E.2d 268.

MOYER, C.J., LUNDBERG STRATTON, O'CONNOR and O'DONNELL, JJ., concur.

PFEIFER, J., dissents.

RESNICK and LANZINGER, JJ., not participating.

**PFEIFER, J., dissenting.**

{¶ 2} I dissent for the reasons set forth in my dissenting opinion in *Doe v. Archdiocese of Cincinnati,* 109 Ohio St.3d 491, 2006-Ohio-2625, 849 N.E.2d 268, ¶ 56–76.

Kircher Law Office, L.L.C., and Konrad Kircher, for appellants.

Dinsmore & Shohl, L.L.P., Mark A. Vander Laan, and Kirk M. Wall, for appellees Archdiocese of Cincinnati and Archbishop Daniel Pilarczyk.

Popp & Tuss and Mark A. Tuss, for appellee Thomas Brunner.

Brannon & Associates, Dwight D. Brannon, and Thomas A. Ballato, for appellee Thomas Kuhn.

THE STATE EX REL. NAVISTAR INTERNATIONAL TRANSPORTATION CORPORATION, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Navistar Internatl. Transp. Corp. v. Indus. Comm.,* 110 Ohio St.3d 159, 2006-Ohio-4089.]